# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM BLACKWELL, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMERCIAL REFRIGERATION SPECIALISTS, INC., a California corporation; CLIMATE PROS, LLC, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:20−CV−01968−DJC−CKD<br><br>[Hon. Judge Daniel J. Calabretta, Courtroom 10]<br><br>**ORDER REMANDING THIS ACTION TO THE SUPERIOR COURT OF SACRAMENTO COUNTY** |

Upon consideration of the Parties' Stipulation (Docket Entry 64), and the Court being fully advised in the premises, it is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of Sacramento ("Superior Court") for purposes of settlement approval and administration.

In the event the Superior Court does not approve the parties' proposed settlement, Defendant may remove the action back to federal court, without prejudice, at which time the Court will direct the Clerk of the Court to place this action back on the docket of Judge Daniel J. Calabretta. At that time, the action will continue in the same litigation status as it was when remanded.

**IT IS SO ORDERED.**

DATED:  December 27, 2023         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE